# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
Augusta, Ga _____ **DIVISION**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JAN 26  AM 9: 46

CLERK_____
SO. DIST. OF GA.

*[Enter the full name of the plaintiff in this section]*

Jasper D. West _____

_____

_____

         v.

Civil Action No. 1983 U.S.C. Civil-Action
*[to be assigned by Clerk]*

CV116-008

*[Enter the full name of each defendant in this action.*
*If possible, please list only one defendant per line.]*

Augusta richmond County _____

Public library System _____

_____

_____

_____

_____

_____

_____

        *If allowed by statute, do you wish to have a trial by jury?   Yes ✓    No ____*

*[If any answer requires additional space, please use additional paper and attach hereto]*


I.     **PREVIOUS LAWSUITS**

       A.     *Have you begun other lawsuits in state or federal court dealing with the same Facts involved*
              *in this action?*
                         *Yes _____     No ✓*

**B.** *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet using the same outline.]*

    *1.*    *Parties to this lawsuit:*

        *Plaintiff:* _____

        *Defendant:* _____

    *2.*    *Court:* _____
               *(If federal court, name the district; if state court, name the county)*

    *3.*    *Docket Number:* _____

    *4.*    *Name(s) of Judge(s) to whom case was assigned:* _____

    *5.*    *Status of Case:* _____
               *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

    *6.*    *Date lawsuit was filed:* _____

    *7.*    *Date of disposition (if concluded):* _____

**C.** *Do you have any other lawsuit(s) pending in the federal court?*

    Yes __✓__    No _____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

**A.**   Name of Plaintiff: _____

      Address: _____

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

**B.**   Name of Defendant: Doctor Burnside

      Address: Jackson State prison

2

C.   *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## III.   STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

On Such date 12-21-2015 me Jasper D. West enter the library to use the computer for Job search and go on line to see why my Job website application are fraud also my facebook page had homosexual men on access pages, without me accepting them as friends request and other people as well add to my pages. Me Confronted two older white males at front desk on Second floor about this Situation problem " There statement was made too me they have no idea. But they help me delete them off my

3

III.   STATEMENT OF CLAIM - *continued.*

Facebook pages. Me Jasper West deleted all those men off my pages accept my family members and male friends from all places of living before me when too prison. ON Serval occussation me reported this too library clerk staff members and asked to speak with a supervisior on the library. They Kept refusing me too speak with one during every Complaint with my Same situation use there Computer at library. Me Don't have there names for proff of evidence because they never have on name tags at library, But me have proff of Some pictures on my phone of female that me never request as friend on facebook, also my library dismissal form letter they banned me from library on 12·21·2015 because me confronted a female older woman that's black about why these homosexual men and animal homosexual activity Keep poping up on my facebook pages, without my permission and Sreal request approved bye my access Code to website connection. She got mad at told me too leave the library and me did, Alright the next following day me return back too library and use the Computer again, ON my way out the library an old male Sercurity guard stop me and question me about that accident between me and that female. Me explainted the whole Situation too him with respect and honestye the

4

refused too hear me out, And Kept demand my proff of pictures I.D. Me said no too him cause that's how Somebody getting access to my personal Social Sercurity number and birthday and year me was born. After me got back too my place of stay restidence of living me did and investigation that my Cousin tasha morris had did and fraud Scheme with the library useing my name and Social Sercurity number and access too my visa Credit card account number. These people had an Comcast Cable on this Scheme going on too with the homosexual activity at the places of living me was staying at dogwood terrance houseing authority. These people useing witchcraft on me also they disappear around me too wait and see what Kinda activity me gone do. This whole Situation has Cost me places of living and no family Support help, lost wages, Cloths and property these Same people who involved trying too Keep to harm me with witch spell curse. This a violation of my Consititutional right eighth amendment Cure and unusual punishment, fourth amendment. Also me have this magazine for proff of evidence and copy letter and pictures in my phone.

IV.   **RELIEF.**

*State briefly and exactly what you want this court to do for you.*

Me want the Court too remove all use of internet service from use too public at libvery there also make them pay me for lost time on Job-Search useing there internet Srivce frauding my account there. Hurting my reputation with this animal and homosexual also female activity engagement fraud thay got occureing around town, punitived Damages, lost wages, hospital bills, property lost.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this ___January___ day of ___16th Saturday___, ___2016___.

___Jasper Willt___
**Signature of Plaintiff**

Salvation army shelter
**Address**
1384 Greene street
Augusta, Ga 30901
706 589-9855
**Phone Number**

5

To

OFFICE Clerk          CV116-008

        Ma'aM you give me the
wrong documents forms they outta date, Also
me Know my limitation status on filing a
legal Suit. Me Jasper West have the right
to wait on a Southern district division
Claim approved my Case with u.s. federal
district to appoint me attorney from there
with better results!


P.S There nosuch thing law first come first
Served or We swapping spit or animals!




Sworn Statement under my otha

Jasper D West
Salvation Army Shelter
84 Greene Street
Augusta Ga 30901

In The United States District Court
For The Southern District Court of Georgia

Clerk, U.S. District Court
P.O. Box 1130
Augusta Ga 30903



